DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**


CRIS CAMPBELL VAUGHAN, *Cal. Bar No.:99568*
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Tel: 833-481-1245 / Fax: 916-660-9378
Email: cvaughan@adasolutionsgroup.com

*Attorneys for Defendants*: **Krummen Enterprises, Inc., Flora M. Krummen, and, John W. Krummen**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**KRUMMEN ENTERPRISES, INC.**, as an entity and doing business as "MacAlvey's Nursery", **FLORA M. KRUMMEN, JOHN W. KRUMMEN**, and **DOES** 1-50, Inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:20-cv-06477-JSC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

　　　　**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,

1  pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs
2  and attorney fees in connection with the lawsuit and the negotiation and preparation of any
3  agreement entered into by such parties.

Date:  January 11th, 2021                                    /s/Daniel Malakauskas_____
                                                             By: Daniel Malakauskas, of,
                                                             MALAKAUSKAS LAW, APC,
                                                             Attorney for Plaintiff

Date:  January 11th, 2021                                    /s/Cris Campbell Vaughan_____
                                                             By: Cris Campbell Vaughan, of,
                                                             VAUGHAN & ASSOCIATES,
                                                             Attorney for Defendants